# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| DARRELL C. YOUNG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:19-cv-00363 |
| EXETER FINANCE CORP., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 18), which was filed on August 8, 2019. Through the Report and Recommendation, the Magistrate Judge recommends Defendant's Motion to Compel Arbitration and Stay Litigation (Doc. No. 16) be granted and this action be dismissed without prejudice. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendant Motion to Compel Arbitration and Stay Litigation (Doc. No. 57) is **GRANTED,** and this action is **DISMISSED** without prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE